# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CRIMINAL MOTIONS HEARING

United States of America,

               Plaintiff,

v.

Steven Richard Smasal,

               Defendant.

**COURT MINUTES**
BEFORE: Becky R. Thorson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 15cr85 (JRT/BRT) |
| Date: | May 6, 2015 |
| Location: | St. Paul, Courtroom 3A |
| Court Reporter: | Debra Beauvais |
| Time Commenced: | 10:05 a.m. |
| Time Concluded: | 11:20 a.m |
| Sealed Hearing Time: | n/a |
| Time in Court: | 1 Hour & 15 Minutes |
| Hearing Type: | Evidentiary |

APPEARANCES:

For Plaintiff:    Laura M. Provinzino, Esq., United States Attorney's Office
For Defendant:    Peter B. Wold, Esq., and Aaron J. Morrison, Esq., Wold Morrison Law, CJA Appointment

Interpreter / Language:    N/A

Hearing on:    The Government's motion at Doc. No. 17; and
                Defendant's motions at Doc. Nos. 21, 22, 23, 24, 25, 26, 27, 28, and 30.

WITHDRAWN MOTIONS: n/a

Defendant's additional brief due: **May 13, 2015**    Government additional brief due: **May 20, 2015**

Non-Dispositive motions taken under advisement as of today: Doc. Nos. 17, 21, 22, 23, 24, 28 and 30.
Dispositive motions taken under advisement as of **May 20, 2015**: Doc. Nos. 25, 26, and 27

Additional Information:
[X] Witnesses testified for the Plaintiff: Special Agent Jared Drengson and Special Agent Kevin Lang

[X] ORDER TO BE ISSUED    [ ] NO ORDER TO BE ISSUED    [X] R&R TO BE ISSUED    [ ] NO R&R TO BE ISSUED

[ ] Exhibits retained by the Court    [ ] Exhibits retained by counsel

Reset Hearings:
VoirDire/Jury Instruction Due Date: 8/10/2015
Trial Date: 8/17/2015 at 9:00 a.m.  Before: Judge John R. Tunheim  Crtrm: 13E, Minneapolis

                                                    s/ Danielle M. Mair
                                                   Signature of Law Clerk